DOCKETED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CHAPTER 13 CASE
NO. 02-12683-CJK

```
*******************************
In Re:                        *
                              *
EDNA L. ADAMS                 *
                Debtor        *
*******************************
```

## DEBTOR'S RESPONSE TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

In response to the Chapter 13 Trustee's Motion to Dismiss dated January 27, 2003 the debtor state as follows:

1.  Admit.

2.  Admit.

3.  Admit.

4.  The debtor acknowledges that the plan has expired. The debtor has obtained a commitment for a reverse mortgage.

Wherefore the debtor requests that:

1.  She be allowed a reasonable period of time within which to "package" the refinancing of her home via the reverse mortgage; and

2.  The Chapter 13 Trustee's Motion to Dismiss be denied.

24

DOCKETED

Respectfully submitted this 18th day of February, 2003.

Edna L. Adams
By her attorney,

*Richard S Hackel*

Richard S. Hackel, Esq.
BBO# 215740
98 North Washington Street
Boston, MA  02114
(617) 742-1899
(617) 742-2171 (fax)
rhackel@aol.com (e-mail)

## CERTIFICATE OF SERVICE

I, Richard S. Hackel, as counsel for the debtor, hereby certify that on February 18, 2003, I did send by first class mail, postage pre paid, or by fax, as indicated, a copy of the within Debtor's Response to the Trustee's Motion to Dismiss to the following parties:

Doreen B. Solomon, Esq.                    Trustee
Chapter 13 Trustee                         fax to 617-523-4292
PO Box 8250
Boston, MA 02114-0033

Edna L. Adams                              Debtor
P.O.Box 748
Dorchester, MA 02124-0012

Signed under the pains and penalties of perjury this 18th day of February, 2003.

*Richard S Hackel*

Richard S. Hackel, Esq.